# AFFIDAVIT OF SERVICE

Job # S211008

### Client Info:

Weldon & Rothman
2548 Northbrooke Plaza Drive
Naples, FL 34119
Bar #0677345

### Case Info:

**PLAINTIFF:**
ERIC MACDONALD
 -versus-
**DEFENDANT:**
DA FAMILY BUSINESS, LLC, AND MORGAN GLICKMAN

UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRTICT OF FLORIDA

Court Case # **8:20-cv-2944-T-30SPF**

### Service Info:

**Date Received by Accurate Serve Ft Myers: 1/7/2021 at 04:41 PM**
**Service:** I Served **DA FAMILY BUSINESS, LLC c/o MORGAN GLICKMAN, REGISTERED AGENT**
With: **SUMMONS IN A CIVIL ACTION; COMPLAINT AND DEMAND FOR JURY TRIAL**
by leaving with **Mark Kuplau, employee of registered Agent**

**At Business 4191 TAMIAMI TRAIL VENICE, FL 34293**

Latitude: **27.050238**
Longitude: **-82.392939**

**On 1/12/2021 at 10:28 AM**
**Manner of Service: SUBSTITUTE SERVICE**
48.031 (1)(a) Service of original process is made by delivering a copy of it to the person to be served with a copy of the complaint, petition, or other initial pleading or paper or by leaving the copies at his or her usual place of abode with any person residing therein who is 15 years of age or older and informing the person of their contents. Minors who are or have been married shall be served as provided in this section.

### Served Description: (Approx)

Age: **45**, Sex: **Male**, Race: **White-Caucasian**, Height: **6' 2"**, Weight: **180**, Hair: **Brown** Glasses: **No**

I **Nicholas Evans** certify that I am over the age of 18, have no interest in the above action, and I am authorized in the jurisdiction in which this service was made.

_Signature of Server_
**Nicholas Evans**
Lic # **#5000**

SUBSCRIBED AND SWORN to before me this __15TH__
day of __JAN__, __2021__, by **Nicholas Evans**, Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me by:
[X] physical presence [__] online presence.

**Accurate Serve Ft Myers**
4600 Summerlin Road, Suite C-2-411
Ft. Myers, FL 33919

Client # MacDonald v. Da Family Business and Glickman
Job # S211008

NOTARY PUBLIC for the state of Florida



KEVIN FISH
Notary Public – State of Florida
Commission # GG 144278
My Comm. Expires Sep 19, 2021
Bonded through National Notary Assn.

1 of 1


