UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIC MACDONALD, an individual,

      Plaintiff,

v.                                 Case No. 8:20-cv-02944-JSM-SPF

DA FAMILY BUSINESS, LLC, a Florida
limited liability company and MORGAN
GLICKMAN, an individual,

      Defendants.

_____/

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT**

     Defendants, DA FAMILY BUSINESS, LLC and MORGAN GLICKMAN ("Defendants"), by and through their undersigned counsel, respectfully moves for an extension of time up to and including March 29, 2021 to answer, move, or otherwise respond to Plaintiff's Complaint, and state the following in support:

   1.  Plaintiff filed the Complaint (Doc. 1) on December 9, 2020. Defendant DA FAMILY

BUSINESS, LLC was served on or about January 12, 2021 (Doc. 5), setting the response date for February 2, 2021. Defendant MORGAN GLICKMAN executed a

1

Waiver of Service on January 27, 2021 (Doc. 6). Accordingly, Defendant MORGAN

GLICKMAN is due to respond to the Complaint on or before March 29, 2021.

2.  In an effort for efficiency, this extension will allow both Defendants
    response deadlines to

be the same – March 29, 2021.

3.  Defendants' counsel has recently been retained and is in the process of
    intaking and

reviewing Defendants' files relevant to the underlying litigation. In order to fully

investigate and formulate an appropriate response(s) to the Complaint, counsel

for Defendants respectfully request a brief extension of time, up to and including

March 29, 2021, for Defendant DA FAMILY BUSINESS, LLC to respond to

Plaintiff's Complaint. Furthermore, counsel for the Parties are engaging in early

discussions to determine if amicable resolution is possible.

4.  It has recently come to Defendants' attention that following drafting of this

Motion, it was mistakenly believed that Motion had been filed with the Court for

review.

5.  The undersigned has discussed the subject matter of this Motion with
    Plaintiff's counsel,

who is not opposed to the relief sought herein.

## MEMORANDUM OF LAW

This Court may grant the requested enlargement of time for good cause shown when the request is made before the original time expires. Fed. R. Civ. P. 6(b). Also, in general, a court may, "for good cause," grant extensions of time "on motion made after the time has expired if the party failed to act because of excusable neglect." Fed. R. Civ. P. 6(b)(1)(B). Here, the Defendants' timely drafted a Motion for Extension of Time but mistakenly believed it to be filed prior to the Defendant DA FAMILY BUSINEES, LLC.'s response deadline. The Defendants' request for an extension of the deadline is made in good faith and does not prejudice Plaintiff.  Permitting the extension will enable Defendants to respond to the Complaint following analysis of the relevant files and it will enable counsel to explore the possibility of early resolution. For these reasons, Defendants request the Court extend the deadline to respond to the Complaint.

WHEREFORE, Defendants respectfully request an extension of time up to and including March 29, 2021, to answer, move or otherwise respond to Plaintiff's Complaint.

www.spirelawfirm.com
Employment Attorneys

## <u>LOCAL RULE 3.01 (g) CERTIFICATE</u>

Counsel for Defendants has conferred with counsel for Plaintiff regarding the subject matter of this motion, and Plaintiff is not opposed to the relief sought herein.

Dated this 25th day of February, 2021.

Respectfully submitted,

SPIRE LAW, LLC
2572 W. State Road 426, Suite 2088
Oviedo, Florida 32765

By: <u>s/Heather M. Meglino, Esq.</u>
Heather M. Meglino, Esq.
Florida Bar No. 091857
heather@spirelawfirm.com
lauren@spirelawfirm.com

Attorney for Defendants | DA FAMILY BUSINESS, LLC and MORGAN GLICKMAN

4

<u>**CERTIFICATE OF SERVICE**</u>

I hereby Certify that on this 25th day of February, 2021, the foregoing was electronically filed with the Court by using the Middle District of Florida's CM/ECF portal, which will send a notice of electronic filing to: Bradley P. Rothman, Esquire at brothman@weldonrothman.com at WELDON & ROTHMAN, PL; 2548 Northbrooke Plaza Drive Naples, Florida 34119.

*/s/ Heather M. Meglino*
Attorney